FILED
JUL 28 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Docket No. 08-409-GPM
(To be supplied by the Clerk)

Everett Rose

_____ Plaintiff/Petitioner(s),

-vs-

David Ellison, lawyer with the State.
Elizabeth Dobson, lawyer with the State.
Cory Barrow, Det. with the State.
Theodore E. Paine, Judge with the
State of Illinois. Defendant/Respondent(s).

[X] CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

[ ] CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

[ ] CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

I.  JURISDICTION

A.  Plaintiff's mailing address and/or register number and present place of confinement.
    Everett Rose  S04505
    Big Muddy River P.O. Box 900 INA, Ill. 62846

B.  Defendant David Ellison _____ is employed as
    (Name of First Defendant)
    250 E. North Park St. Decatur Ill. 62523
    (Position/Title)
    with Law Office of David Ellison: (217) 428-7728
    (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
                                Yes ( )        No (X)

If your answer is "yes", briefly explain:

None

Rev. 2/00

C. Defendant _Elizabeth Dobson_ is employed as
   _253 E. Wood Street Decatur Ill 62523_
   (Name of Second Defendant)
   (Position/Title)
   with _4th Floor Macon County Courts facility_
   (Employer's Name and Address)
   _Law Office of Elizabeth Dobson_

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

   Yes ( )   No (X)

If your answer is "yes", briefly explain:

_None_

D. Using the outline of the form provided, include the above information for any additional defendant(s). _Det- Cory Barrows_
   _Ofc- J. Kuchelmeister_
   _Nurse- ▓▓▓ Lisa Bovyn-RN Decatur Memorial Hospital_
   _Lawyer- Scott Kueter_
   _Each one of these individual violated my rights. Barrows violated my rights by not getting me a lawyer when I ask for one. Kuchelmeister violated my rights by searching my home without my permission. Lisa Bovyn didn't persent my statement when I sign the statement I made to her and Officer Kuchelmeister. It was wrong._

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

   Yes ( )   No (X)

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

_None_

1. Parties to previous lawsuits:
   Plaintiff(s) _None_

   Defendant(s) _None_

2. Court (if Federal Court, name the District; if State Court, name the County) _None_

3. Docket number _None_

4. Name of Judge to whom case was assigned _None_

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?) _None_

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)

7. Approximate date of filing lawsuit _None_

8. Approximate date of disposition _None_

III. GRIEVANCE PROCEDURE

   A. Is there a prisoner grievance procedure in the institution? _____

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
      Yes ( ) No (X)

   C. If your answer is "yes",
      1. What steps did you take? _None_

      2. What was the result? _None_

   D. If your answer is "no", explain why not. _None_

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? Yes ( )   No (X)

F. If your answer is "yes",
   1. What steps did you take? This happen during my trail. There were no step. All that happen was during my trail. The Judge failed to give me fairness.

   2. What was the result? None

G. If your answer is "no", explain why not. None

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: None

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.

Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim. Additionally, attach any relevant, supporting documentation.

First On the day of Oct 18 2005 Office Kuchelmeister & Lisa Bovyn came to my home and question me. While I was being questioned by Officer Bovyn, Officer Kuchelmeister ask me were did the abuse and you have sex at again I told him there were no sex. he went on to say was it up stairs, again I said there were no sex. Then he took it upon himself to go up stair without my permission. While he was up stair he was looking blankets off the beds he took blankets out the bed my w wife to be and I sleeps in and off a bed that no one sleep in. The Office search my home illegally, and took the blankets with them saying they will be use for evidents which never came up in court. That along was a violation of my Civil Rights of the 14th Amendment. It's just wasn't fair. The next day Office Cory Barrow, came and

- 4 -

Rev. 2/00

me the same questions. I told him the same thing that I told the two Officer there was no sex. He ask for DNA which was no problem I gave him that, he went on to ask me did I do it I say do "what" have sex with that young lady. I told him no so many time that the more he ask the sicker I got. He Violated my Right by forceing me to say something that's not true. And we go to the Police Station and I ask for a lawyer, he went out the room were he was questioning me and came back and told me a lawyer was on the way which which was a lie. So he kept ask me questioned I told him soon as my lawyer get here he kept Violating me presure was builting up. So the lie he told came a lie from me not by choice but by force. My Constitutional Rights was Violated to from day one. While in the Macon County Jail Health Care Violateded my Rights by not helping me while in pain. I suffered it with chest pain, my Blood presure was up. All kind of prejudice I was feeling. I never feult it before and I didn't like it. I wasn't advise of my rights to have them Violated in my home. And I have not yet had the right to be a citizen of Decatur Illinois because I wasn't given the chance. Three week is how long I was in Decatur and all I did was work the hold time. Just doing what I was sent to do by the grace of God was a Blessing. I will give my hold life just to be able to help someone in need. This is one experience I will not forget being in prison for something that never happen. What is like without joy? What I had was Joy! my life had just began, from were it was before. That was the first time being in Decatur and look were I am in prison for 6 years for something that never happen. It's been 2 years sense I've been away from my family & friend. Where do I go from here? I pray that I will be able to continue doing my work for God all mighty. And to be a blessing for someone who may need my help. I also pray and hope for understanding in this matter and that this will be over soon. For the rest of my life I will have to live with this. I have lost everything I own because of this. Where do I go from here again I ask? If doing the right thing is wrong, I don't want to be right. Being accused is a very hurtful feeling. And it's even more hurtful when people use the court room for game to put people away without any investigation of the crime in which I had been acused of. I am only speaking my mind in the Deception of the truth of the facts of my case. People have been lie to for so long that it's hard to believe anymore. And when someone like myself come along and tell the truth there is no understanding nor belief and it's wrong, everyone do not lie. And some people still believe in the truth. Everything about my case was False. From the Judge, to my lawyer, to the State Attorney. And the Jury was mis-led to believe what was not facts in Mr. Rose case. And it was wrong. That's why I'm asking for consideration in all evidences of the fact that has not been persented in Mr. Rose case. Thank You!

-5-

V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I want Justice. I want to be able to live my life without parole, and with the relief of being free. I have a life and I just want to live it. I don't do crimes or sell drug or any of such things. I am a very responsable person who cares about life and people. That's why I ask for 10,000 Dollar a day for all my pain and suffering. And for my going through such tesriment for no reason. The hurt that all this couse me and the lost of everything I own. With the money I will be able to stared a shelter or a business to help others in need. This I pray in Jesus name Amen.

VI. JURY DEMAND (check one box below)

The plaintiff does ☐   does not ☒   request a trial by jury. (See Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 2 day of 24, 2008.

_____
Signature of Plaintiff

_____
Signature of attorney, if any

1.

## My Argument of Facts

Respectfully requests this Honorable court, to understand all the facts with the Deception that this is my first time, and everything that will be argued is true.

I am not much upon the law and the rules that was written, and arguing a case like my's.

My argument is very sympol and to the point. I am going to write all the fact that will show why I should have never been in prison.

These facts not only show the why's, but also the falseness of my case.

## All the Facts

Facts-1) My wife to be, and I arrive in Decatur at 11:30 P.M. On the day of Oct. 4, 2005. Not long after we was there I receive a call stayeding that I had breaken into a werehouse. It wasn't true. Now this only was one week.

Facts-2) After one week, and who every call and made up that lie wanted me out of the way, why, I cannot answer that.

Facts-3) On the 12th of Oct. 2005, my wife to be receive a call from her mother so she had to leave and go home on a emergency so she decided to leave Friday which was the 17th and she did. So that leave me along to dail with both shelter and the work that had to be done. Now comes the part that I did not understand.

2.

## Reconsideration

Mr. Rose, Trial was not fair. The fact that the judge did not instruct the Jury at the end of Mr. Rose trial, best upon knowlege, that jury Instruction is very important in such a case like Mr. Rose's case.

1) Under the Sixth amendment the Judge, has to give Instruction at the beginning and at the end of all criminal cases in the court of law.

2) Without these instruction on such a case like Mr. Rose, is a failure to instruct on presumption of innocence and burden of proof. People v. Casillas, 195 Ill. 2d. 461, 477, 749 N. E. 2d 864, 874, 877 (2000).

3) The fact that you refuse to investigate a Judge of the justice system is telling Mr. Rose that the Judge can get away with anything, just because he's a Judge, and, it's wrong.

4) I have never been in prison in my life, and I do not know much about court room laws, but I do "no" when thing is not right, and Mr. Rose trial was so unfair, that you could see all the mistake, and wrongness from both side.

3) The fact that the jury was misled by the State Attorney to believe that a crime had taken place without evidence to prove reasonable doubt, or DNA to prove those reasonable doubt? left Mr. Rose with the questioned, what is this world coming to?

To put a good man like Mr. Rose in prison is wrong, I worked hard all my life.

3

## Investigation

The first time setting feet insided that court room. I was not given a fair trial, I was not given an Attorney to do what is right in the court of law. The Judge knew before hand that the jury would fine Mr. Rose, guilty.

1) Because it was set up, because I wasn't asked what type of trial I wanted, whether a banch trial or a jury trial. I wasn't given that change to choose which of the *too*, and that's not fairness.

2) The fact that he is a judge, "dose not" make him right, nor, do it makes Mr. Rose wrong the point is Mr. Rose trial was not fair and Judge Paine said in his own words that everyone gets a fair trial when they come before him.

3) Again I say I'm a working man. And I gave the School Dist. 189 of E. St. Louis Ill. 20 years of my life, and I worked around teacher, grade school student as well as high school student, why in the world would I put myself in such when there is more to my life then sex?

There's to much going around in this world today, that we all need to come to some understanding. The disastrous number of teenage pregnancies, divorces, alcoholism, drug abuse, suicides, imprisonment of young Black men, and even economic problems can be understood as symptoms of African-American lives out of control. As a Black man I had to fight to get to were God wanted me to be, and it wasn't easy for me running those shelter and then get accuse of Sexual Assualt it's just not right.

4.

And I don't want to be saying something that will hurt a person for know reason. What I'm saying about what happen to me, in the court room and the things that was say by the Judge is the truth.

1) The Truth hurts, today, and people whether here a lie before the truth.

2) And let the truth be told "If" someone come to you with the truth, something inside wants to believe and another voices saids "No", it is our responsibility to find the truth and in Mr. Rose's case the truth has not been found. Why?

<u>The Federal Constitution of Violation:</u>

1) The omission of an element from a Jury instruction violates the Sixth amendment, the jury was not given there instruction at the end of Mr. Rose trial, and, it left the jury without cause of burden of proof on Inability to Consent.

2) It is the Judge responsibility to make sure that the jury not be misled by wrongful Definition of all matters in this case of criminal sexual Assualt.

3) Where the patten jury instructions do not cover a subject, the court may give an instruction submitted by the parties, People v. Haywood, 82 Ill. 2d 540, 413 N.E. 2d 410, 413 (1980).

The circuit court had the discretion to accept a defense instruction adapted for the purpose had one been submitted. Peopl v. Moore, 89 Ill. App. 3d 202, 411 N.E. 2d 579, 585 (3rd Dist. 1980).

5

## Arguments of Facts

It has been stateded that a person in confronting his fear of being locked up for so long and get out and go back into the world will fine no rest because he has been lock up so long that he only fine confront in prison. Why?

1) During slavery, the responsibility for our lives was taken from us so that we would accept the authority of the enslaverys.

2) The information and the voice of our historical and cultural experience was silenced by the slavemasters. And today still wants to silence us to not say what's on our minds.

3) What am speaking hear may not get me out of prison. But "I No" in my heart I told the truth. And I will "NOT" give up on what I set out to do, and that is to do God's will by helping the misfortuntions.

I know now more then anything who I am. So I give thanks to Judge Theodore E. Paine for this experience even though I don't like the fact of being in prison for something that never happen.

This given me a chance to go back to school and get the education that I needed. Sence I have been in prison that's what I have been doing.

To stared all over in life is good, God knows best. This is not my life being in prison yet I learned how to be pattion. And now I just to get out and move forward with my life.

Freedom, and not given up is my rule. Now, I pray that understanding & reconsideration be considered.

6.

The human dilemma does not come in colors, races or nationalities, but the dilemma takes on particular qualities as a result of those characteristics.

Particularly here in North America, one cannot discuss the human condition without identifying the ethnic or racial qualities of the group under consideration.

Yet, Mr. Rose was violated in the court of law by a Judge, and his Attorney, as well as the State Attorney, it has become increasingly clear, however, that there are universal principles of human development which have relevance to all human beings in all times and in all places, but they must be discussed in the context of the environmental realities which distort the concept of peoplehood.

1) What happen to those contexts of the environmental realities that we Judge without a cause?

2) What distort the concept of peoplehood that the human principles or being taken away?

3) Is it right for a Judge, or a lawyer, or any other person of the courts to violated you and take away your freedom without proof of reasonable doubts that there were infact a crime?

4) Do the Constitution of people rights mean anything any more? These are question we should ask ourselves. What happen to our country?

Defendants Everett Rose    Date 7/24/08

Signed before me this 24th day of July 2008

Witness _____

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires Jul 31, 2012

Everett Rose

Attorney Registration & Disciplinary Commission   No. 4-05-0540
And → Judicial Inquiry Board

7/20/08

Respectfully request this Honorable court to reconsider your Decision on the matter of this investigation on the Judge Theodore E. Paine. Why?

The fact that the judge Theodore E. Paine, told the State Attorney Elizabeth Dobson, "She," needed "No" Evidence or DNA for my case.

The fact that the Judge knew how serious the case was yet neglected to give Mr. Rose a fair trial. By tell the state Attorney, she needed No evidence or DNA, Knowing, he just said to Mr. Rose that rape is a serious case.

Let's Look at some of these facts.

1) The fact that my trial Counsel Rendered Inffection Assistance of Counsel, and the fact that Judge Paine, knew that Counsel didn't do his job in reperseting Mr. Rose.

2) The Judge failed to Instruct the jury on the nature of the case at the end of my trial. Telling juryers how serious the case, and making sure all the facts of what the case considering of. And those juryes may not have been misled by the State Attorney, it would have been a decision best upon facts and not friction.

3) The Judge pasted judgment upon Mr. Rose before my trial by telling me that I did what I was accuse of before, and he had never meant Mr. Rose before that day of Mr. Rose trial. And that was Mr. Rose first time every being in the State of Decatur Illinois.

2

The Macon County Court room laws Disrepected Mr. Rose as a man. They Judged Mr. Rose without a cause.

Mr. Rose, 14th Amendment of the Constitution was through out the window. It was like going through a disciplinary hearing "for what." I am 49 year old that's how old Mr. Rose was at that time. Now I'm 51 years old. Anyway hear is how my Rights was Violated.

1) The fact my home was sreach without my permission.

2) The fact That my Rights was not read to me during questioning.

3) The fact That the Judge Theodore E. Paine, Told the State Attorney Elizabeth Dobson, that she needs no evidence or DNA for Mr. Rose case all is needed was a verdict of Mr. Rose being found Guilty.

4) The fact that Mr. Rose had "No" defense Attorney to repersent him in the Court room, Mr. Rose was without a lawyer even though he was setting right next to Mr. Rose but never open his mouth to persented Mr. Rose cases.

6) The fact that David Ellison never called or ask witnesses of the State any questions, or called those very witness that I Mr. Rose ask him to call back to the Stand for questioning.

7) The fact that the Jury was misled by the State Attorney to believe that a crime had taken place without any evidence to show?

3

## I am wrongfully in Prison

Now it wasn't that did no one want to believe. It was because they wanted me out of the way.

You see I stop there praying! Now I didn't No at the time what was going on yet I sense something wasn't right.

Fact-8) Now being no one wants to believe me, My life was in a stated of depression. Understand it was Debbie Anderson who ask me to take Roxanna to the hospital, and she should have known that it was impossible for her to have did what she say I did to her.

Fact-9) How can people look right at the truth and not believe? Knowing that I was the one that taken her to the hospital bought her medicine made sure she did what the Doctor told her and that she take her medicine.

Fact-10) Now while everyone believing her and not me! They is not looking at the fact that, if what she said was true why I did not have her symptoms? Her Nurse told her to stay out of people face because they will catch what she had.
   So why didn't I catch what she had?

There is so much falseness in this case that the truth is only a deception of what really happen.
   And been that no one wants to believe the truth how can my statement be Judge?

4

## Jesus Be My Witness

Let's look at what's been said in this hold case of Mr. Rose.

A) → During trial the Judge tells the State Attorney that she needs no evidence or no DNA for this case, all we need is a verdict of guilty. Is this fairness?

B) → Why was I denied a new trial? And why did the State Attorney fail to produce the document of the victim going to the hospital on the following day of Oct, 19th 2005, at 9:45 p.m. because there were none.

C) → I was found guilty by a jury that was misled by the State Attorney, that did not prove beyond a reasonable doubt that a crime of sexual Assual or rape ever happen even with the Statement that was given by Mr. Rose.

Now, the fact that Mr. Rose Attorney Davis Ellison, did in fact neglect to represent Mr. Rose in the court room, and did not call witness that was asked of him by Mr. Rose nor did he redirect question to the State Attorney witnesses when Mr. Rose asked him to do so!

1) The fact that the question that Mr. Rose asked his Attorney to ask may have help clear thing up and Mr Rose may not be in prison, If he would had properly represented Mr. Rose.

2) The Judge failed to point out the facts to the Jury even though there were no evidence.

5

## Nothing But The Truth

The fact that I was all along doing all I could to convince my lawyer Davie Ellison to help me in successfully getting out the truth in my's case by questioning those witness, Debbie Anderson, the Nurse Lisa Bovyn, the Det Cory Borrow, and Roxanna Robinson. He would not. Why?

1) Was it all a pillot for me to fail and be found guilty from day one?

2) Are the plan was for the State Attorney to win from the begining. And in doing so my lawyer Davis Ellison took a fall and alond this to happen to Mr. Rose Why? Was it for the State to win this case because of reason between them?

3) Now, Mr. Rose, receive a six year sentence, and have already done 2 years of those sentences. Is it going to be a decision without a cause like before. No proof of reasonable doubt. Let's look again at my case.

1) No DNA
2) No Evidence to show bruden of proof that the victim was telling the truth.
3) The Judge put me in fault by telling me that I did this before and he do not no me like that to say something in such away.
4) My rights was violated by the constitution of my 14th Amendment. I want justice and my freedom to be with my family. To be able to continue in Gods work as well as my own. I pray Amen!

'6'

## Freedom

That's why I can say today I am still happy even though I'm in prison, for, God "no" the truth.

And He will set me free. I gave up everything to go to Decatur Illinois, my home, my cars and a hold lost of other things. But?

1) In given up all, my accuser is saying to me she had sex with me without her consent.

2) Why? She is say to me that sex means more to me I Don't Think So! I love my life and my freedom. And at 49 years old "I am sex out." My hold life depins on the next 10 years of my life not sex.

3) I have grandchildren I never seen and will give my life just to meant with them and tell them I love them.

4) This patition means my freedom and I pray day and night for it. Understanding the truth with the Deception of the lies that have been told prayfuly it will bring a conception of my freedom and Justice. I pray Amen!

Defendant _____ Date 7/24/08

Signed before me this ___ week of July, 2008

Witness _____

OFFICIAL SEAL
JENNIFER L. WILSON
Notary Public - State of Illinois
My Commission Expires Jul 31, 2012