

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

July 29, 2008

Big Muddy River Corr Center
TRUST FUND DEPT
P. O. Box 900
Ina, IL  62846

          Re: EVERETT ROSE v DAVID ELLISON, ET AL
          Case No.

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. EVERETT ROSE, S 04505**.   In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. ROSE  trust fund ledgers for the period **of FEBRUARY 28, 2008 through JULY 28, 2008**, within fourteen days of the date of this letter. Please mail the trust fund ledgers to:

      United States District Court
      Central District Of Illinois
      201 S. Vine St., Room 218
      Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                Sincerely,

                s/Pamela E. Robinson, Clerk
                PAMELA E. ROBINSON, CLERK
                U. S. DISTRICT COURT

PER
cc: Everett Rose