# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>EVERETT ROSE V DAVID ELLISON ET AL | CASE NO.<br><br>08-2174 | Beginning Date of Merit Review Hrg:<br>9/23/2008 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| **Everett Rose** | S04505 | Big Muddy River CC | 9/23/2008 | 10:30 AM to 11:00 AM |
| **Judge Harold A. Baker** | | Urbana Courthouse | 9/23/2008 | 10:30 AM to 11:00 AM |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: August 8, 2008

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY: s/V. Ball_____
       DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98